UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
          Plaintiff, ) Case No. MJ09-253-BAT
)
  v. )
) **DETENTION ORDER**
RODOLFO CORDERO , )
)
          Defendant. )
)

Offenses charged:

    Fraud and Related Activity (Counterfeit Access Device) in Connection with Access Devices.

    Fraud and Related Activity (Use of unauthorized access Device) in Connection with Access Devices.

    Fraud and Related Activity (Attempt) in Connection with Access Devices.

Date of Detention Hearing: May 22, 2009.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant appeared on a warrant issued by the District of New Mexico in case no. CR02704-991MCA for alleged violations of conditions of pretrial release. According to Canadian Customs Agents, defendant apparently was attempting to enter Canada. Defendant did not have permission to leave the state of New Mexico. Defendant through his counsel stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 22nd day of May, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge